UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

IN RE: GMP INDUSTRIES, INC.
_____/

GMP INDUSTRIES, INC.,

    Plaintiff,

vs.                                Case No.: 8:05-CV-717-T-27MAP
                                   Bankruptcy Case No.: 8:04-AP-677-MGW
KW BAXLEY, INC.,

    Movant/Defendant.
_____/

## ORDER

**BEFORE THE COURT** is Movant's Motion to Withdraw Reference to Permit Jury Trial (Dkt. 2). Movant's counsel has notified the Court that the underlying adversary proceeding in Bankruptcy Court has been dismissed and therefore this proceeding is moot. Therefore, it is

**ORDERED AND ADJUDGED** that this case is DISMISSED. All pending motions are denied as moot. The clerk is directed to close this case.

**DONE AND ORDERED** in chambers this 12th day of October, 2006.

                                                             **JAMES D. WHITTEMORE**
                                                             United States District Judge

Copies to:
Counsel of Record